UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAKE JOSEPH LOYACANO, JR.,

        Plaintiff,                          Case No. 1:13-CV-144

v.                                       HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
                                               /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 1, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 16) recommending that the Commissioner's decision that plaintiff was not entitled to disability insurance benefits (DIB) or supplemental security income (SSI) benefits be affirmed. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's April 1, 2014, R&R (Dkt. No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: April 25, 2014                                /s/ Robert Holmes Bell
                                                                 ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE